UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**TERRANCE NAPOLEON, SR. (#467823)**                    CIVIL ACTION

**VERSUS**

**DARRAL VANNOY, ET AL.**                                        19-355-BAJ-RLB

**NOTICE**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on December 17, 2019.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRANCE NAPOLEON, SR. (#467823)** | **CIVIL ACTION** |
| **VERSUS** | |
| | **19-355-BAJ-RLB** |
| **DARRAL VANNOY, ET AL.** | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter comes before the Court in connection with the Court's Orders dated July 16, 2019 (R. Doc. 4) and August 30, 2019 (R. Doc. 5). On July 16, 2019, the Court issued an Order granting the plaintiff authorization to proceed *in forma pauperis* in this case, directing him to pay, within twenty-one (21) days, an initial partial filing fee in the amount of $10.00, and advising that "this action shall be dismissed" should the plaintiff fail to comply with the Court's Order. *See* R. Doc. 4. The plaintiff failed to pay the initial partial filing fee as ordered, and on August 30, 2019 the plaintiff was ordered to show cause within twenty-one (21) days, why his Complaint should not be dismissed for failure to pay the initial partial filing fee. *See* R. Doc. 5. A review of the record reveals that the plaintiff has failed to pay the initial partial filing fee or show cause, as ordered, why his Complaint should not be dismissed for failure to pay the initial partial filing fee.

## RECOMMENDATION

It is recommended that this proceeding be dismissed, without prejudice, for failure of the plaintiff to pay the Court's initial partial filing fee.

Signed in Baton Rouge, Louisiana, on December 17, 2019.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**