# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRANCE NAPOLEON, SR. | CIVIL ACTION |
| VERSUS | |
| DARRAL VANNOY, ET AL. | NO.: 19-00355-BAJ-RLB |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 8)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Plaintiff Terrance Napoleon Sr.'s failure to pay the initial partial filing fee of $10.00 and failure to show cause as to why his Complaint (Doc. 1) should not be dismissed. The Magistrate Judge recommends that the proceeding be dismissed without prejudice, for failure to pay the initial partial filing fee. (Id.).

The Report and Recommendation notified the parties that, pursuant to 42 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. Neither party filed a response.

Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 8) is Adopted as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 10th day of March, 2020.

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**